■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD E. MOORE, Petitioner, v. DANIEL McMANN, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied for the reason that relator has exhaustively appealed the propriety of his conviction, and thus has been afforded ample opportunity to bring before the courts the contentions he seeks to advance here. (See *People ex rel. Moore* v. *La Vallee*, 15 A D 2d 584.) Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.